# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-7074**

**September Term, 2021**

**1:21-cv-02547-TJK**

**Filed On:** August 24, 2022

Ljubo Skrbic,

        Appellant

    v.

Board of La Renaissance Condominum,

        Appellee

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Katsas and Rao, Circuit Judges, and Sentelle, Senior Circuit Judge

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the amended brief. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed April 18, 2022, be affirmed. Appellant has not shown that the denial of leave to file his post-dismissal document entitled "additional discoveries" was an abuse of discretion. See Berry v. District of Columbia, 833 F.2d 1031, 1037 n.24 (D.C. Cir. 1987) ("A trial court's decisions with respect to the management of its docket are normally entitled to deference."). Additionally, appellant has provided no valid basis for default judgment or damages.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
       Daniel J. Reidy
       Deputy Clerk